

# NUMBERS 13-18-00343-CR AND 13-18-00344-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JACKIE LEE GANDEE JR.,**                             **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                     **APPELLEE.**

---

**On appeal from the County Court
of Matagorda County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Order Per Curiam**

This cause is currently before the Court on appellant's sixth unopposed motion for extension of time to file the brief. The reporter's record was filed on September 27, 2018, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant five extensions of time

totaling 168 days to file the brief, and appellant now seeks an additional 30 days, until May 15, 2019, to file the brief.

The Court GRANTS appellant's sixth unopposed motion for extension to file the brief and ORDERS the Honorable Leslie A. Werner to file the brief on or before May 15, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of April, 2019.